NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ERIK BRUNETTI,**
*Appellant*

---

2015-1109

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85310960.

---

Before DYK, MOORE, and STOLL, *Circuit Judges.*

PER CURIAM.

**O R D E R**

The parties are directed to simultaneously file letter briefs explaining how the above appeals should be resolved in light of the Federal Circuit's en banc opinion in *In re Tam*, Case No. 14-1203 (Fed. Cir. Dec. 22, 2015).

The letter briefs shall be limited to 20 double-spaced pages, due within 30 days of this order. The briefing shall be limited to the impact of the *Tam* decision on Mr. Brunetti's case, and in particular whether there is any basis for treating immoral and scandalous marks differently than disparaging marks. Counsel should not anticipate that the court will extend the time for submitting briefs.

2                                                    IN RE: BRUNETTI

                              FOR THE COURT

 December 22, 2015                    /s/ Daniel E. O'Toole
      Date                             Daniel E. O'Toole
                                   Clerk of Court